**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant. | Case No. 2:18-cv-01100-PA-FFM<br><br>**ORDER GRANTING STIPULATION TO DISMISS DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA**<br><br>Judge: Percy Anderson<br>Ctrm: 9A<br><br>Complaint Filed: February 8, 2018 |

IT IS HEREBY ORDERED that Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA") be dismissed from this action with prejudice, with the parties to bear their own attorneys' fees and costs directly related to the instant Stipulation to Dismiss Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA.

**IT IS SO ORDERED.**

Dated: April 26, 2018

Hon. Percy Anderson
United States District Court Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

163483.1